1  Reginald D. Steer (056324)
   rsteer@akingump.com
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
3  San Francisco, CA 94104-1036
   Telephone:  (415) 765-9500
4  Facsimile:   (415) 765-9501

5  Counsel for Defendant Potlatch Corporation

6  Additional counsel shown in signature block

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | HOLESHOT CONSTRUCTION & | Case No.  C-06-3413 MEJ
   | ENVIRONMENTAL, INC. on behalf of |
13 | itself and all others similarly situated, | **STIPULATION TO TRANSFER CASE TO**
   |                                   | **THE UNITED STATES DISTRICT COURT**
14 |        Plaintiff,                 | **FOR THE EASTERN DISTRICT OF**
   |                                   | **PENNSYLVANIA**
15 |            v.                     |

16

17 LOUISIANA PACIFIC CORP.;
   NORBORD, INC.; AINSWORTH
18 LUMBER COMPANY, LTD.;
   POTLATCH CORP.;
19 WEYERHAEUSER COMPANY;
   TOLKO INDUSTRIES, INC.; and
20 GEORGIA-PACIFIC CORP.,

        Defendants.
21

22 / / /

23 / / /

24         The parties hereby stipulate and agree, by and through their respective counsel, as follows:

25         WHEREAS litigation captioned *In re OSB Antitrust Litigation*, Master File No. 06-CV-

26  826-PD, is pending in the Eastern District of Pennsylvania;

27         WHEREAS the claims asserted in this case ("*Holeshot*") are virtually identical to the

28  claims asserted in *In re OSB Antitrust Litigation*, and the proposed class in this case is virtually

1    identical to the proposed indirect purchaser class in *In re OSB Antitrust Litigation*;

2         WHEREAS it will serve the convenience of the parties and witnesses and be in the

3    interest of justice for this case to be consolidated with *In re OSB Antitrust Litigation*; and

4         WHEREAS this case could have been brought in the Eastern District of Pennsylvania;

5    Therefore,

6    1.    All parties consent to the transfer of this action to the United States District Court for the

7    Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a), and jointly request that the

8    Court order such transfer.  A proposed order is submitted herewith for the Court's convenience.

9    2.    The plaintiff shall join in the Consolidated Amended Complaint filed by the Indirect

10   Purchaser Plaintiffs in *In re OSB Antitrust Litigation*, and shall be bound by any case

11   management or scheduling orders entered by the Court in that litigation.

12   3.    The defendants shall have no obligation to answer or otherwise respond to the *Holeshot*

13   complaint.

14

15   By counsel for defendants:                    By counsel for plaintiff:

16   */s/ Reginald D. Steer (with permission)*      */s/ R. Alexander Saveri (with permission)*
     Reginald D. Steer (056324)                    Guido Saveri (22349)

17   rsteer@akingump.com                            R. Alexander Saveri (173102)
     AKIN GUMP STRAUSS HAUER                        Geoffrey C. Rushing (126910)

18   & FELD LLP                                     Cadio Zirpoli (179108)
     580 California Street, Suite 1500              SAVERI & SAVERI, INC.

19   San Francisco, CA 94104-1036                   111 Pine Street, Suite 1700
     Telephone: (415) 765-9500                      San Francisco, CA 91103

20   Facsimile:  (415) 765-9501                     Tel: 415.217.6810

21                                                  Randy R. Renick (179652)
     *Attorney for defendant Potlatch Corporation*  LAW OFFICES OF RANDY R. RENICK

22   *and for this purpose on behalf of all other*  128 North Fair Oaks Avenue, Suite 204
     *defendants with permission from their*        Pasadena, CA 91103

23   *respective counsel*                           Tel:  626.585.9600

24
     Dated:  June 15th, 2006                        *Attorneys for plaintiff Holeshot Construction &*

25                                                  *Environmental, Inc.*

26

27

28

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on this day I served a true and correct copy of the foregoing

3

Stipulation to Transfer of Case to the United States District Court to the Eastern District of

4

Pennsylvania by first-class U.S. mail, postage prepaid, on the following counsel for plaintiff:

5

6
7
8
9
10

Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
**SAVERI & SAVERI, INC.**
111 Pine Street, Suite 1700
San Francisco, CA 91103
Tel:  415.217.6810

11
12
13

Randy R. Renick (179652)
**LAW OFFICES OF RANDY R. RENICK**
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Tel:  626.585.9600

14

and on the following counsel for defendants:

15

16
17
18

Joseph A. Tate
Carolyn H. Feeney
**DECHERT LLP**
Cira Centre 2929 Arch Street
Philadelphia, PA 19104
*Attorneys for Defendant, Louisiana-Pacific Corp.*

19

20
21
22

George A. Nicoud III
**GIBSON, DUNN & CRUTCHER**
One Montgomery Street
Suite 3100
San Francisco, CA 94104
*Attorneys for Defendant Norbord, Inc.*

23

24
25
26

Michael L. Denger
**GIBSON, DUNN & CRUTCHER**
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
*Attorneys for Defendant Norbord, Inc.*

27

28

1

2    William T. Hangley
     Daniel Segal
3    Robert L. Ebby
     **HANGLEY ARONCHICK SEGAL & PUDLIN**
4    One Logan Square
     18th and Cherry Streets, 27th Floor
5    Philadelphia, PA 19103-6933
     *Attorneys for Defendant Norbord, Inc.*

6

7    Thomas G. Slater, Jr.
     R. Hewitt Pate
8    **HUNTON & WILLIAMS LLP**
     Riverfront Plaza, East Tower
9    951 East Byrd Street
     Richmond, VA 23219-4074
10   *Attorneys for Defendant Georgia-Pacific Corp.*

11

12   Paul H. Saint-Antoine
     Amy Miner
13   **DRINKER BIDDLE & REATH LLP**
     One Logan Square
14   18th and Cherry Streets
     Philadelphia, PA 19103-6996
15   *Attorneys for Defendant Georgia-Pacific Corp.*

16

17   James H. Schink, P.C.
     James H. Mutchnik, P.C.
18   Barack S. Echols
     **KIRKLAND & ELLIS LLP**
19   200 E. Randolph Drive
     Chicago, IL 60601
20   *Attorneys for Defendant Weyerhaeuser Company*

21

22   Sherry A. Swirsky (PA I.D. No. 27814)
     Thomas W. Hazlett (PA I.D. No. 88052)
23   **SCHNADER HARRISON SEGAL**
          **& LEWIS LLP**
24   1600 Market Street, Suite 3600
     Philadelphia, PA 19103
25   *Attorneys for Defendant Weyerhaeuser Company*

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

William Baer
David Eggert
**ARNOLD & PORTER LLP**
555 Twelfth Street N.W.
Washington, DC 20004
*Attorneys for Defendant J.M. Huber Corp.*

Steven A. Lupin
**HAMBURG, RUBIN, MULLIN, MAXWELL,**
    **& LUPIN, P.C.**
ACTS Center-Blue Bell
375 Morris Road
P.O. Box 1479
Lansdale, PA 19446-0773
*Attorneys for Defendant J.M. Huber Corp.*

James A. Keyte
Shepard Goldfein
**SKADDEN, ARPS, SLATE, MEAGHER**
    **& FLOM LLP**
Four Times Square
New York, NY 10036
*Attorney for Defendant Ainsworth Lumber Co. Ltd.*

Harry T. Robins
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178-0060
*Attorneys for Defendant Tolko Industries*

John H. Shenefield
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorneys for Defendant Tolko Industries*

J. Gordon Cooney, Jr.
Mark P. Edwards
Robert A. Particelli
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
*Attorneys for Defendant  Tolko Industries*

                      */s/ Reginald D. Steer*
                      Reginald D. Steer

Dated:  June 15, 2006

1

2

3

4

5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

6
7
8
9

HOLESHOT CONSTRUCTION &
ENVIRONMENTAL, INC. on behalf of
itself and all others similarly situated,

    Plaintiff,

    v.

10
11
12
13
14
15

LOUISIANA PACIFIC CORP.;
NORBORD, INC.; AINSWORTH
LUMBER COMPANY, LTD.;
POTLATCH CORP.;
WEYERHAEUSER COMPANY;
TOLKO INDUSTRIES, INC.; and
GEORGIA-PACIFIC CORP.,

    Defendants.

Case No.  C-06-03413 MEJ

**ORDER TRANSFERRING CASE
TO THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA**

16

17        AND NOW, upon consideration of the parties' Stipulation to Transfer Case to the United

18  States District Court for the Eastern District of Pennsylvania, PURSUANT TO STIPULATION,

19  IT IS SO ORDERED that this case is TRANSFERRED pursuant to 28 U.S.C. § 1404(a) to the

20  United States District Court for the Eastern District of Pennsylvania, where several related actions

21  are already pending.

22

23                                        BY THE COURT:

24

25          7/28/06

26

27

28

IT IS SO ORDERED

Judge Samuel Conti